IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DINA T. AMANDURON | § | |
| | § | |
| VS. | § | ACTION NO. 4:15-CV-271-Y |
| | § | |
| TRANSPORT WORKERS UNION | § | |
| INTERNATIONAL, ET AL. | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S DECISION, DENYING MOTION TO
PROCEED IN FORMA PAUPERIS, AND DENYING MOTION TO APPOINT COUNSEL

Pending before the Court is Plaintiff's Motion for Leave to Proceed In Forma Pauperis (doc. 4), which was filed on April 8, 2015. On April 13, the magistrate judge issued his findings, conclusions, and recommendation that the motion be denied and gave Plaintiff until May 4 to file any objections to his decision. As of this date, no objections have been filed; indeed, Plaintiff paid the full filing and administrative fees on April 20. As a result, and after consideration of this matter, the Court ADOPTS the magistrate judge's decision as its own and concludes that Plaintiff's Motion for Leave to Proceed In Forma Pauperis should be and hereby is DENIED, for the reasons stated by the magistrate judge.

Also pending before the Court is Plaintiff's form Motion for the Appointment of Counsel (doc. 6). Plaintiff's motion fails to detail any efforts she has made in an attempt to obtain counsel on her own. Furthermore, she does not demonstrate any basis for the appointment of counsel on her behalf, and appointment of counsel is rarely granted in civil cases due to the fact that no funds are provided with which to pay appointed counsel. As a result, the Court

concludes that Plaintiff's Motion for Appointment of Counsel likewise should be and hereby is DENIED.

SIGNED May 21, 2015.

                                                /s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE